# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRADLEY C. WEITZEL, | ) | |
| | ) | Civil Action No. 12 –1338 |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Chief Magistrate Judge Lisa Pupo Lenihan |
| | ) | |
| GERALD ROZUM, THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA and THE DISTRICT ATTORNEY OF BUTLER COUNTY, | ) ) ) ) ) | |
| Respondents. | | |

## ORDER

**AND NOW**, this 12th day of June, 2014, after Petitioner, Bradley C. Weitzel filed a petition for writ of habeas corpus in the above-captioned case,

**IT IS HEREBY ORDERED** that for the reasons set forth in the Court's Memorandum Opinion dated and filed on this day, the petition for writ of habeas corpus is **DENIED**.

**IT IS FURTHER ORDERED** that an application for a certificate of appealability is **DENIED**.

**AND IT IS FURTHER ORDERED** that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

          /s/ Lisa Pupo Lenihan

          Lisa Pupo Lenihan
          Chief United States Magistrate Judge

Cc:   Bradley C. Weitzel
      JV-2950
      SCI Somerset
      1600 Walters Mill Road
      Somerset, PA  15510-0001
      *Via First Class Mail*

      Counsel of Record
      *Via ECF Electronic Mail*